UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  4:08CV1688 CDP |
| | ) |
| ONE 1989 HARLEY-DAVIDSON | ) |
| FXRS SPORTS MOTORCYCLE | ) |
| FRAME SERIAL NUMBER | ) |
| 1HD1EGL110155, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion to continue [#16] is granted and the conference pursuant to Rule 16, Fed.R.Civ.P., is reset to **Friday, February 20, 2009 at 10:00 a.m.**  in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2009.