UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:08CV01688 CDP |
| | ) | |
| ONE 1989 HARLEY-DAVIDSON | ) | |
| FXRS SPORTS MOTORCYCLE | ) | |
| FRAME SERIAL NUMBER | ) | |
| 1HD1EGL1XKY110155, | ) | |
| | ) | |
| ONE 1999 SPECIAL | ) | |
| CONSTRUCTION MOTORCYCLE | ) | |
| FRAME SERIAL NUMBER | ) | |
| 19ZWS31AAXB002748, | ) | |
| | ) | |
| ONE 2005 CUSTOM V-TWIN | ) | |
| MOTORCYCLE, FRAME SERIAL | ) | |
| NUMBER DRMVB0000156186MO, | ) | |
| | ) | |
| ONE 2007 CUSTOM MADE | ) | |
| V-TWIN MOTORCYCLE, | ) | |
| | ) | |
| ONE HARLEY-DAVIDSON | ) | |
| V-TWIN MOTORCYCLE, | ) | |
| UNKNOWN YEAR, ENGINE | ) | |
| SERIAL NUMBER 50FL1354 | ) | |
| (ALTERED), | ) | |
| | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

    COMES NOW Kathryn Croce and hereby enters her appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

                    ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ Kathryn Croce
       KATHRYN CROCE, #5210532
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:08CV01688 CDP |
| | ) | |
| ONE 1989 HARLEY-DAVIDSON | ) | |
| FXRS SPORTS MOTORCYCLE | ) | |
| FRAME SERIAL NUMBER | ) | |
| 1HD1EGL1XKY110155, | ) | |
| | ) | |
| ONE 1999 SPECIAL | ) | |
| CONSTRUCTION MOTORCYCLE | ) | |
| FRAME SERIAL NUMBER | ) | |
| 19ZWS31AAXB002748, | ) | |
| | ) | |
| ONE 2005 CUSTOM V-TWIN | ) | |
| MOTORCYCLE, FRAME SERIAL | ) | |
| NUMBER DRMVB0000156186MO, | ) | |
| | ) | |
| ONE 2007 CUSTOM MADE | ) | |
| V-TWIN MOTORCYCLE, | ) | |
| | ) | |
| ONE HARLEY-DAVIDSON | ) | |
| V-TWIN MOTORCYCLE, | ) | |
| UNKNOWN YEAR, ENGINE | ) | |
| SERIAL NUMBER 50FL1354 | ) | |
| (ALTERED), | ) | |
| | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Sam C. Bertolet, Assistant United States Attorney, c/o Ms. Janet Gum, Asset Forfeiture Specialist.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:  /S/ Kathryn Croce
     KATHRYN CROCE, #5210532
     Attorney for Defendant
     120 S. Central Avenue, Suite 130
     Clayton, Missouri 63105
     (314) 862-4332/Facsimile (314)862-8050